# Court of Appeals
# of the State of Georgia

ATLANTA, October 22, 2018

*The Court of Appeals hereby passes the following order*

**A19I0055. HCRI WEBB GIN SUBTENANT LLC d/b/a SUNRISE AT WEBB GIN et al. v. MARY BRANNON, AS EXECUTOR OF THE ESTATE OF RICHARD L. LUDDEN, DECEASED, et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15C6113



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 22, 2018.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*